**STATEMENT OF FACTS**

On May 4, 2006 an international UPS package from Guatemala City, Guatemala, Air Way Bill (AWB) number xxxxxxxxxxxxxxxx was selected for a Customs examination. The package was addressed to Oscar Rafael Rodriguez, xxx Xxxxxxxx Xxxxxx XX, Xxxxxxxxxx, XX xxxxx with a contact telephone number of xxx-xxx-xxxx. The package was opened and examined and was found to contain seven sets of wall art/tapestry with wooden rods at both ends. One end cap from one of the wall art was removed and a white powdery substance was located inside the wooden rod. A sample of the white powder was field tested; the results were a positive reaction for the presence of cocaine.

On May 8, 2006, Special Agents from the Department of Homeland Security, Immigration and Customs Enforcement (ICE)Special Agent in Charge, Washington DC office attempted a controlled delivery of the UPS package bearing tracking number xxxxxxxxxxxxxxxxx to xxx Xxxxxxxx Xxxxxx XX, Xxxxxxxxxx, XX xxxxx. The controlled delivery was unsuccessful because no one was home.

On May 10, 2006, ICE agents again attempted a controlled delivery of the UPS package bearing tracking number xxxxxxxxxxxxxxxxx to xxx Xxxxxxxx Xxxxxx XX, Xxxxxxxxxx, XX xxxxx. The package accepted by a female at the residence who claimed to be the wife of Oscar Rodriguez.

Through subsequent investigation your affiant learned that the husband of the female who accepted the package (herein after "W1"), had arranged with the defendant, FREDDY GOMEZ, to accept delivery of a package from Guatemala on behalf of GOMEZ in exchange for money. GOMEZ told W1 that the package would be addressed to Oscar Raphael Ramirez.and that the package would contain Guatemalan items and other unspecified items of a suspicious nature.

May 10, 2006 between 9:00 and 9:12 p.m W1 had three consensually monitored telephone conversations with GOMEZ.  When W1 advised GOMEZ  that the package had arrived, he responded, "Right on, did you check it out did you look at it".  GOMEZ stated that he would pick up the package the following day when he had money to pay the inidivual. During the conversation GOMEZ acknowledged that the name on the package was "Oscar".

     Your affiant received information from a witness who resides at the Buchanan Street address ("W2") and who has known GOMEZ for several months of GOMEZ' whereabouts. On May 11, 2006, ICE agents arrested GOMEZ. During a search incident to arrest, they recovered a cellular telephone with the number xxx-xxx-xxxx. GOMEZ confirmed to the agents that the telephone was his. Also recovered was a paper with word "Buchanan" on it and a 1-800 number and "UPS".

                                  SPECIAL AGENT MARK DUFFY
                                  IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MAY, 2006.

                                  U.S. MAGISTRATE JUDGE